21545. STATE HIGHWAY DEPARTMENT v. EVANS *et al.*

MOBLEY, Justice. The parties, issues, and questions involved in this case are the same as in *State Highway Dept. v. McCurdy,* ante. The only difference in the two cases is that different tracts of land are sought to be condemned. The decision of this court in that case decided today controls in this case.

*Judgment affirmed. All the Justices concur.*

ARGUED FEBRUARY 13, 1962—DECIDED MARCH 8, 1962— REHEARING DENIED MARCH 23, 1962.

*Eugene Cook, Attorney-General, Carter Goode, E. J. Summerour, Assistant Attorneys-General, George P. Dillard; Robert E. Mozley,* for plaintiff in error.

*Thomas O. Davis, Weekes & Candler,* contra.